IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIANNA DANIELSEN, | : | 4:13-CV-02927 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| PENNSYLVANIA COLLEGE OF TECHNOLOGY, COMMUNITY ARTS CENTER, | : | |
| Defendants. | : | |

**ORDER**

October 9, 2014

AND NOW, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss Plaintiff's Complaint is GRANTED (ECF No. 9).

2. Plaintiff's Complaint (ECF No. 1) is DISMISSED without prejudice, with leave to amend in accordance with the Court's accompanying memorandum.

3. If Plaintiff fails to file an amended complaint by November 10, 2014, Plaintiff's Complaint (ECF No. 1) will be dismissed with prejudice.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge