IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIANNA DANIELSEN, | : | 4:13-CV-02927 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| | : | |
| PENNSYLVANIA COLLEGE OF TECHNOLOGY, COMMUNITY ARTS CENTER, | : | |
| | : | |
| Defendants. | : | |

**ORDER**
October 9, 2014

AND NOW, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion to Disqualify Counsel (ECF No. 11) is DENIED.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge