IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIANNA DANIELSEN, | : | 4:13-CV-02927 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| | : | |
| PENNSYLVANIA COLLEGE OF TECHNOLOGY, COMMUNITY ARTS CENTER, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
January 28, 2015

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Defendants' Motions to Dismiss Plaintiff's Second Complaint, ECF No. 20, is GRANTED.

2. The Plaintiff's Second Amended Complaint is dismissed for failure to plead the exhaustion of the Age Discrimination in Employment Act's administrative remedies. Counts I and II are dismissed with prejudice.

3. The clerk is directed to close the case file.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge